**DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/20

March 19, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Guglielmo v. Personal Capital Corporation: Case No. 1:19-cv-10848-AJN

Dear Judge Nathan:

We represent defendant Personal Capital Corporation ("Defendant") in the above-referenced matter.  On behalf of Defendant and plaintiff Joseph Guglielmo, we jointly and respectfully move the Court to stay all case deadlines for the next forty-five (45) days from March 29, 2020 to May 4, 2020.

SO ORDERED

The parties are finalizing their efforts to bring about the voluntary dismissal of all claims asserted in this action, which the requested stay will help facilitate and conserve the parties' and Court's resources without further litigation.  Once those efforts are finalized, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

*[signature: Alison J. Nathan]*

03/19/20